Christopher M. RODLAND, Petitioner

v.

DEPARTMENT OF CORRECTIONS, Robert Shannon, David L. Popek, Cindy Walasavage, Cindy Kozar, Respondents.

Supreme Court of Pennsylvania.

Oct. 11, 2005.

### ORDER

PER CURIAM.

AND NOW, this 11th day of October, 2005, the Order of June 2, 2004 is vacated. The petition for allowance of appeal is denied. *See, Buck v. Beard,* 583 Pa. 431, 879 A.2d 157 (2005).

COMMONWEALTH of Pennsylvania, Petitioner

v.

Omari K. WILSON, a/k/a Kevin Weedon, Respondent.

Supreme Court of Pennsylvania.

Dec. 7, 2005.

### ORDER

PER CURIAM.

AND NOW, this 7th day of December, 2005, the Motion for Immediate Hearing on Bail is DENIED. Petition for Allowance of Appeal is GRANTED, limited to the following issues:

1. Whether sentence enhancement evidence may be presented for the first time at resentencing upon remand.

2. Whether punishment in a criminal case involving a single count constitutes a sentencing "scheme."